IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| KELVIN MERRITT, #B78207, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. 16-536 |
| BRIAN MINER, et al., | ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Clayton Ankney, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of the Defendants, BRIAN MINER, WILLIAM QUALLS, and TONY PAYNE, in the above cause.

        Respectfully submitted,

        BRIAN MINER, WILLIAM QUALLS, and TONY PAYNE,

            Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

            Attorney for Defendants,

Clayton Ankney #6320224
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9026         BY:   <u>s/ Clayton Ankney</u>
                                    Clayton Ankney
Of Counsel.                             Assistant Attorney General

## CERTIFICATE OF SERVICE
### Merritt v. Miner, et al., SDIL Case No. 16-536

I hereby certify that on August 18, 2016, I electronically filed the foregoing Entry of Appearance, with the Clerk of Court using the CM/ECF system, which will send electronic notice of same to the following,

None

and I hereby certify that on August 18, 2016, I caused copies of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

Kelvin Merritt, #B-78207
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

   s/ Clayton Ankney
Clayton Ankney #6320224
Assistant Attorney General