IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KELVIN MERRITT, )
)
    Plaintiff, )
)
v. ) Case No. 3:16-cv-536-NJR-DGW
)
BRIAN MINER, WILLIAM QUALLS, )
TONY PAYNE, )
)
    Defendants. )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion to Compel filed by Plaintiff on March 15, 2018 (Doc. 75) and the Motion for Extension of Time filed by Defendants on March 15, 2018 (Doc. 76).

On January 23, 2018, this Court set the discovery deadline for February 28, 2018 in order to allow Plaintiff to respond to outstanding discovery (Doc. 65). Almost three weeks after that deadline, Plaintiff seeks to compel Defendants to respond to various discovery requests including a list of inmate witnesses and various policies. Plaintiff does not indicate when these discovery requests were served upon Defendants nor is a copy of the discovery requests attached to the motion. Plaintiff also seeks a general "continuance" of this matter because of various lockdowns at Menard and his spotty access to the law library.[1] Plaintiff's motion is both untimely and vague and is accordingly **DENIED** (Doc. 75).

Defendant's motion for extension of time is **GRANTED** (Doc. 76) and their motion for summary judgment (Doc. 79) is deemed timely. In light of the additional time granted

---

[1] The delays that Plaintiff is experiencing in litigating this case are the subject of two motions for injunctive relief (Docs. 67 and 77). Those motions will be addressed by the Court in a separate report and recommendation.

Defendants to file their motion and Plaintiff's limited access to the law library at Menard CC, Plaintiff is **GRANTED** until **June 22, 2018** to respond to the pending motion.

To the extent that the Court has not specifically addressed the requests in these motions, they are summarily denied.

**DATED: May 16, 2018**

**DONALD G. WILKERSON**
**United States Magistrate Judge**