IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| KELVIN MERRITT, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 16-CV-536-NJR-DGW |
| BRIAN MINER, WILLIAM QUALLS, and TONY PAYNE, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Kelvin Merritt, an inmate of the Illinois Department of Corrections ("IDOC") currently incarcerated at Menard Correctional Center, filed a *pro se* lawsuit pursuant to 42 U.S.C. § 1983 against various prison officials for deprivations of his constitutional rights (Doc. 1; Doc. 6). Plaintiff is currently proceeding on a First Amendment retaliation claim against Defendants Brian Miner and William Qualls and an Eighth Amendment excessive force claim against Defendants Miner and Tony Payne (Doc. 6).

The case is currently before the Court on a Report and Recommendation entered on May 17, 2018, in which Magistrate Judge Donald G. Wilkerson recommends denying the "Motion for Injunctive Relieve/Restraining Order/Motion for Appointment of Counsel/Motion for Extension of Time" filed by Plaintiff on February 8, 2018, (Doc. 67)

and denying the "Motion Continuance T.R.O." filed by Plaintiff on April 2, 2018 (Doc. 77). The parties were informed that their deadline for objecting to the Report and Recommendation was June 4, 2018—a date that has come and gone. Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report & Recommendation (Doc. 83) and **DENIES** Plaintiff's "Motion for Injunctive Relieve/Restraining Order/Motion for Appointment of Counsel/Motion for Extension of Time" (Doc. 67) and **DENIES** Plaintiff's "Motion Continuance T.R.O." (Doc. 77).

**IT IS SO ORDERED.**

**DATED:** June 14, 2018

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**